IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD COPES | : | CIVIL ACTION |
| | : | |
| BARRY SMITH, et al. | : | NO. 19-3647 |

**ORDER**

AND NOW, this 25th day of August, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED;**

3. The request for an evidentiary hearing is **DENIED**;

4. The request for appointment of counsel is **DENIED**; and

5. A certificate of appealability is not granted.

BY THE COURT:

/s/ **Chad F. Kenney**
_____
CHAD F. KENNEY,            J.